NEW JERSEY FIREMEN'S ASSOCIATION and JERSEY CITY FIREMEN'S RELIEF ASSOCIATION, complainants,

*v.*

MARY A. GILDEA, respondent, and GERTRUDE K. HIGGINS and HELEN A. ARTZ, appellants.

[Argued May 21st, 1936. Decided October 2d, 1936.]

*Mr. Benjamin A. Darling* and *Mr. John H. Jones,* for the appellants.

*Mr. Mark A. Sullivan,* for the respondent.

*Messrs. King & Vogt (Mr. Robert H. Schenck,* of counsel), for the complainants.

PER CURIAM.

Our examination of the record and the proofs taken in this case convinces us that the statute under which the parties claimed was correctly construed and that the fund involved was properly awarded.

The decree is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, JJ. 11.

*For reversal*—None.